UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRIPLENET PRICING, INC., <br><br>      Plaintiff, <br><br> -against- <br><br>MECHANIX WEAR, LLC, <br><br>      Defendant. | Case No. 1:19-cv-05990-WFK-CLP <br><br>**STIPULATION** |

   IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties that:

   1. The time for Defendant Mechanix Wear, LLC to answer or otherwise respond to the Complaint in the above-captioned action, which originally expires on December 6, 2019, is hereby extended through and including February 4, 2020; and

   2. Nothing in this Stipulation shall be construed as a waiver of any of Defendant's rights or defenses, all of which are hereby expressly reserved.

   No previous extension has been requested or granted by this Court.

Dated: New York, New York
    December 3, 2019

| ANTAR LAW FIRM, PLLC | FOLEY & LARDNER LLP |
|---|---|
| /S/ *Solomon E. Antar* [SEA-7804] <br> ———————————— <br> Solomon E. Antar <br> 26 Court St., Suite 1200 <br> Brooklyn, NY 11242 <br> Tel: (516) 393-2272 <br><br> *Attorneys for Plaintiff Triplenet Pricing, Inc.* | *s/Robert S. Weisbein* <br> ———————————— <br> Robert S. Weisbein <br> 90 Park Avenue <br> New York, NY 10016 <br> Tel.: (212) 682-7474 <br><br> *Attorneys for Defendant Mechanix Wear, LLC* |

4852-8695-6718.1

SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE,
CHERYL L. POLLAK

4852-8695-6718.1